Haddrick BYRD, Appellant

v.

Robert SHANNON, Superintendent SCI–Frackville; V. Stanishefski, Corrections Health Care Administrator SCI–Frackville; Jack Robinson, Supervising Nurse SCI–Frackville; H. Spencer, Nurse SCI–Frackville; Dorina Varner, Chief Grievance Officer, Camp Hill, PA.

No. 11–1744.

United States Court of Appeals, Third Circuit.

Opinion Filed March 11, 2013.

April 2, 2013.

Haddrick Byrd, Frackville, PA, pro se.

Raymond W. Dorian, Esq., Pennsylvania Department of Corrections Office of Chief Counsel, Mechanicsburg, PA, for Robert Shannon, Superintendent SCI–Frackville.

Present: FUENTES, FISHER and COWEN, Circuit Judges.

## SUR PETITION FOR PANEL REHEARING

D. MICHAEL FISHER, Circuit Judge.

The petition for panel rehearing filed by Appellant having been submitted to the judges who participated in the decision of this court, it is hereby ORDERED that the petition for panel rehearing is GRANTED. The opinion filed March 11, 2013, is hereby VACATED, and a subsequent opinion will be issued.

The court's order entered March 27, 2013, denying the motion for stay of the payment of the filing fee is VACATED. Payment of the filing fee shall be stayed pending further order of the court.